UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AYYUB ANDERSON,**

    Plaintiff,

                                            Civil No.**08-15292**
                                            Hon. John Feikens

    v.

**JAMES B. PEAKE,**

    Defendant.

_____/

**ORDER ADOPTING  MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **6/4/2009**, and noted that no objections were filed by either party;

**IT IS ORDERED** that the Report is **ADOPTED**  and entered as the findings and conclusions of this court.

                                                  **s/John Feikens**
                                                  John Feikens
                                                  United States District Judge

Dated:  June 30, 2009

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 30, 2009.<br><br>s/Carol Cohron<br>Deputy Clerk |